

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00864-CR

**EX PARTE** Julian **BAZAN**

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1157-W2
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 1, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court